UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



JUAN BONILLA LAGOS,

    Petitioner,

    v.

WARDEN, Buffalo Detention Facility,
Batavia, New York Buffalo field office
Director, U.S. Immigration and
Customs Enforcement;
U.S. DEPARTMENT OF HOMELAND
SECURITY, and
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondents.

26-CV-32 (JLS)
ORDER

Petitioner Juan Bonilla Lagos is a civil immigration detainee currently held

at the Buffalo Federal Detention Facility. Petitioner claims that he is being

detained in United States Immigration and Customs Enforcement custody in

violation of the United States Constitution. Therefore, Petitioner seeks relief under

28 U.S.C. § 2241. Dkt. 1. Petitioner has paid the $5.00 filing fee.

## **ORDER**

IT IS HEREBY ORDERED that, by **February 27, 2026**, Respondents shall

file and serve an **answer** responding to the allegations in the Petition; and it is

further

ORDERED that, by **February 27, 2026**, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that, by **February 27, 2026**, instead of an answer, Respondents may file a **motion to dismiss** the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that, Petitioner shall have **25 days** after service of the answer or motion to dismiss to file a **written response**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at <u>USANYW-Immigration-Habeas@usdoj.gov</u>.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.**

SO ORDERED.

Dated:      January 13, 2026
            Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE